585 A.2d 377

JOHN MAGUIRE v. NEW JERSEY STATE PAROLE BOARD.

September 18, 1990.

Petition for certification denied.

585 A.2d 378

CAROLYN SULLIVAN v. HOWARD GRABELLE, M.D.

September 18, 1990.

Petition for certification denied.

585 A.2d 378

DOROTHY AND NORBERT BADOR v. CARL RAYFORD, M.D.

September 18, 1990.

Petition for certification denied.

585 A.2d 378

HUNDAL & CO., A/K/A THE HUNDAL GROUP v. THE
ZONING BOARD OF ADJUSTMENT OF THE
TOWNSHIP OF UNION.

September 18, 1990.

Petition for certification denied.